IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS

UNITED STATES OF AMERICA                                               PLAINTIFF

Vs.                           CASE NO. 4:98cr00091-36 JMM

STEVE VINCENT NICHOLSON                                                DEFENDANT

ORDER

Based on information from the United States Probation Office, the Order directing the Clerk to issue a summons for the Defendant to appear for a hearing on the motion to revoke supervised release (docket entry #1728) is rescinded.

IT IS SO ORDERED this 19th day of April, 2006.

_____
UNITED STATES DISTRICT JUDGE